UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 1:12CR119 |
| | : | |
| | : | **INDICTMENT** |
| V. | : | 18 U.S.C. § 2423 |
| | : | |
| | : | |
| ROBERT FRANK POANDL | : | DLOTT |

The Grand Jury charges that:

### COUNT 1
### (Transportation of Minors)

On or about August 3, 1991, the defendant, ROBERT FRANK POANDL, knowingly transported any individual under the age of 18; to wit, DH, a ten year old boy, in interstate commerce with the intent that such individual engage in any sexual activity for which any person can be charged with a criminal offense.

In violation of Title 18, United States Code, Section 2423.

A TRUE BILL

s/
_____
GRAND JURY FOREPERSON

CARTER M. STEWART
UNITED STATES ATTORNEY

_____
ANTHONY SPRINGER
CINCINNATI BRANCH CHIEF